WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KITA HURVITZ, individually, | Case No.: 2:21-cv-00617-RFB-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR DECLARATORY RELIEF [ECF No. 9]** |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, HARTFORD CASUALTY INSURANCE COMPANY, THE HARTFORD FINANCIAL SERVICES GROUP, INC., and DOES I through X inclusive, and ROE CORPORATIONS I thought X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, Kita Hurvitz ("Plaintiff"), and Defendant, Hartford Insurance Company of the Midwest ("Defendant") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 20, 2021, Plaintiff filed her a Motion for Declaratory Relief. *See* ECF No. 9. According to the related minute entry, a response would be due June 3, 2021. The Parties stipulate that Defendant may have until July 5, 2021 to respond to the motion for declaratory relief.

The basis for the request is that Defendant is still reviewing and obtaining documents and information related to this matter, and requires additional time to complete its investigation in order to diligently and appropriately respond to the motion for declaratory relief.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to

file its responsive pleading to Plaintiff's Complaint by 30 days to May 21, 2021.

This is the first stipulation for extension of time for Defendant to respond to Plaintiff's Motion for Declaratory Relief. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 25th day of May, 2021.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICE OF JAMES J. REAM |
|---|---|
| */s/ Darren T. Brenner* | */s/ James J. Ream* |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Hartford Insurance Company of the Midwest* | James J. Ream, Esq.<br>Nevada Bar No.: 3573<br>333 N. Rancho Drive, Suite 530<br>Las Vegas, Nevada 89106<br>*Attorney for Plaintiff, Kita Hurvitz* |

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 28th day of May, 2021.