**LAW OFFICE OF JAMES J. REAM**
JAMES J. REAM, ESQ.
Nevada Bar No.: 3573
333 N. Rancho Drive, Suite 530
Las Vegas, NV 89106
E-mail: Jim@reamlaw.net
Telephone: (702) 631-0031
Facsimile: (702) 631-5480
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| KITA HURVITZ, individually,<br><br>Plaintiff,<br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, HARTFORD CASUUALTY INSURANCE COMPANY, THE HARTFORD FINANCIAL SERVICES GROUP, INC., and DOES I through X inclusive, and ROE CORPORATIONS I thought X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-00617-RFB-DJA<br><br>**STIPULATION TO EXTEND PLAINTIFF'S REPLY TO DEFENDANT HARTFORD INSURANCE COMPANY OF THE MIDWEST'S RESPONSE TO PLAINTIFF'S MOTION FOR DECLARATORY RELIEF AND PLAINTIFF'S RESPONSE TO DEFENDANT'S COUNTERMOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, KITA HURVITZ, by and through her counsel JAMES J. REAM, ESQ. and Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST's, by and through their counsel DARREN T. BRENNER, ESQ., that Plaintiff's reply to Defendant HARTFORD INSURANCE COMPANY OF THE MIDWEST's Opposition to Motion for Declaratory Relief and Plaintiff's response to Defendant HARTFORD INSURANCE COMPANY OF THE MIDWEST's Counter Motion for Summary Judgment be extended to July 26, 2021.

…

…

…

…

…

- 1 -

| LAW OFFICES OF JAMES J. REAM | WRIGHT, FINLAY, & ZAK, LLP |
|---|---|
| */s/James J. Ream* <br> JAMES J. REAM, ESQ. <br> Nevada Bar #3573 <br> 333 N. Rancho Dr. #530 <br> Las Vegas, NV 89106 <br> *Attorneys for Plaintiff* <br> *Kita Hurvitz* | */s/ Darren T. Brenner* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar #8386 <br> BRODY R. WRIGHT, ESQ. <br> Nevada Bar #13615 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Defendant* <br> *Hartford Insurance Company of the Midwest* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___July 14, 2021_____