**LAW OFFICE OF JAMES J. REAM**
JAMES J. REAM, ESQ.
Nevada Bar No.: 3573
333 N. Rancho Drive, Suite 530
Las Vegas, NV 89106
E-mail: Jim@reamlaw.net
Telephone: (702) 631-0031
Facsimile: (702) 631-5480
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| KITA HURVITZ, individually,<br><br>Plaintiff,<br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, and DOES I through X inclusive, and ROE CORPORATIONS I thought X, inclusive,<br><br>Defendants. | CASE NO.:  2:21-cv-00617-RFB-DJA<br><br>**STIPULATION AND ORDER TO STRIKE FUGITIVE DOCUMENT** |

KITA HURVITZ, by and through her counsel, JAMES REAM, ESQ., and HARTFORD INSURANCE COMPANY OF THE MIDWEST, by and through its counsel DARREN T. BRENNER, ESQ., hereby stipulate as follows:

1. A document entitled "NOTICE" was filed on October 26, 2022, as ECF No. 31. Said document was purportedly authored by Kita Hurvitz, the Plaintiff in the instant matter.

2. LR IA 11-6 reads in part as follows:

    (a) Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.

3. Local rule 11-6(a) prevents clients who have attorneys from filing pleadings with the court. On October 26, 2022, Plaintiff herein was represented by an

- 1 -

1  attorney. Therefore, ECF No. 31 was filed in violation of applicable rules and is therefore a fugitive document, and

4. The fugitive document in question, [ECF No. 31] contains privileged communications and it is not clear the client has made or is able to make a voluntary and knowing waiver of the attorney-client privilege.

5. Given the circumstances it is in the best interests of justice that ECF No. 31 be stricken from the record.

IT IS SO STIPULATED:

**LAW OFFICES OF JAMES J. REAM**          **WRIGHT, FINLAY, & ZAK, LLP**

/s/ *James J. Ream*                       /s/ *Darren T. Brenner (with permission)*
JAMES J. REAM, ESQ.                       DARREN T. BRENNER, ESQ.
Nevada Bar #3573                          Nevada Bar #8386
333 N. Rancho Dr. #530                    Lindsay D. ROBBINS, ESQ.
Las Vegas, NV 89106                       Nevada Bar #13474
*Attorneys for Plaintiff*                 7785 W. Sahara Ave., Suite 200
*Kita Hurvitz*                            Las Vegas, Nevada 89117
                                          *Attorneys for Defendant*
                                          *Hartford Insurance Company of the Midwest*

### ORDER

IT IS SO ORDERED. The Clerk is kindly directed to **STRIKE** Plaintiff's Notice (ECF No. 31).

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 31, 2022