WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KITA HURVITZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, HARTFORD CASUALTY INSURANCE COMPANY, THE HARTFORD FINANCIAL SERVICES GROUP, INC., and DOES I through X inclusive, and ROE CORPORATIONS I thought X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00617-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO AMEND FINDINGS OR ALTER OR AMEND JUDGMENT [ECF No. 97]**<br><br>[FIRST REQUEST] |

Defendant, Hartford Insurance Company of the Midwest ("Hartford"), and Plaintiff, Kita Hurvitz ("Hurvitz"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 28, 2025, the Court entered an Order granting Hartford's Motion for Summary Judgment [ECF No. 93]. A Judgment was subsequently entered on April 8, 2025 [ECF No. 94].

2. On April 25, 2025, Hurvitz filed a Motion to Amend Findings or Alter or Amend Judgment (the "Motion") [ECF No. 97].

3. Hartford's deadline to respond to the Motion is May 9, 2025.

4. Hartford requests a fourteen (14) day extension of time to file its response to Hurvitz's Motion. The extension is requested to afford Hartford's counsel additional time to review and respond to the arguments in Hurvitz's Motion.

5. Counsel for Hurvitz does not oppose the requested extension.

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of May, 2025.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Stephanie A. Garabedian*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*

DATED this 9th day of May, 2025.

HOLLAND & HART LLP

*/s/ Abraham G. Smith*
Abraham G. Smith
Nevada Bar No. 13250
Lauren D. Wigginton
Nevada Bar No. 15835
Maria Althea Gevero
SCR 49.3 Level 2 Certification
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Pro Bono Attorneys for Plaintiff, Kita Hurvitz*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: This 13th day of May, 2025.