WRIGHT, FINLAY & ZAK, LLP
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
sgarabedian@wrightlegal.net
*Former Attorneys for Defendant,*
*Hartford Insurance Company of the Midwest*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KITA HURVITZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, HARTFORD CASUALTY INSURANCE COMPANY, THE HARTFORD FINANCIAL SERVICES GROUP, INC., and DOES I through X inclusive, and ROE CORPORATIONS I thought X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00617-RFB-DJA<br><br>**MOTION TO WITHDRAW AS COUNSEL AND FOR REMOVAL FROM CM/ECF SERVICE LIST** |

Stephanie A. Garabedian, Esq. ("Ms. Garabedian"), of the law firm of WRIGHT, FINLAY & ZAK, LLP ("WFZ"), counsel of record for Defendant, Hartford Insurance Company of the Midwest ("Defendant"), moves to withdraw as counsel and requests removal from the CM/ECF Service List in the above-captioned matter.

Darren T. Brenner, Esq., formerly with WFZ and now with the law firm of Klinedinst PC, will continue representing Defendant. Ms. Garabedian and WFZ will have no involvement with this case going forward and it is no longer necessary that Ms. Garabedian or any attorney from WFZ continue to receive CM/ECF notice of the ongoing proceedings on behalf of Defendant.

Please address all future correspondence to:

Darren Brenner, Esq.
Klinedinst PC
5940 South Rainbow Blvd.
Las Vegas, NV 89118
(702) 859-4000
dbrenner@klinedinstlaw.com

Accordingly, the undersigned counsel requests she be permitted to withdraw as counsel of record for Defendant and removed from the CM/ECF Service List in this matter.

DATED this 9th day of September, 2025.

                                      WRIGHT, FINLAY & ZAK, LLP

                                      */s/ Stephanie A. Garabedian*
                                      Stephanie A. Garabedian, Esq.
                                      Nevada Bar No. 9612
                                      8337 W. Sunset Rd., Suite 220
                                      Las Vegas, NV 89113
                                      *Former Attorneys for Defendant, Hartford Insurance Company of the Midwest*

**IT IS SO ORDERED.**

Dated this 10th day of September, 2025.

                                                          UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **MOTION TO WITHDRAW AS COUNSEL AND FOR REMOVAL FROM CM/ECF SERVICE LIST** on the 9th day of September, 2025, to all parties on the CM/ECF service list.

*/s/ Jason Craig*
An Employee of WRIGHT, FINLAY & ZAK, LLP